■ The People of the State of New York, Respondent, v Emanuel Johnson, Appellant. [25 NYS3d 589]—Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), entered March 18, 2015, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument or outweighed by aggravating factors, including the seriousness of underlying offense and defendant's violent criminal history. Concur—Tom, J.P., Andrias, Moskowitz and Richter, JJ.